Honorable John H. Chun

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEA)

| | |
|---|---|
| DOUGLAS ALTSHULER, an individual, | |
| Plaintiff, | Case No. 2:25-cv-00831-JHC |
| v. | |
| SPACE EXPLORATION TECHNOLOGY CORPORATION, a Texas Corporation, | DECLARATION OF JARED C. TROY |
| Defendant. | |

I, JARED C. TROY, declare under penalty of perjury of the laws of the State of Washington that the following statements are true, correct, and based on personal knowledge:

1. I am one of the attorneys for Plaintiff in the above-captioned matter and am competent to testify to the matter set forth herein.

2. I read the arbitration provision.

3. "www.jamsadr.com" is the link to the JAMS ADR homepage provided within the arbitration provision.

4. I opened the JAMS ADR link and was brought to the JAMS ADR general homepage.

5. There are seven subsections to choose from on the JAMS ADR homepage.

DECLARATION OF JARED C. TROY - 1

Skidmore | Fomina, PLLC
1800 112th Ave NE, Suite 150
Bellevue, WA 98004
Telephone: (425) 519-3656

6. To access a separate page on the website with a link to the JAMS Employment Arbitration Rules, the user must hover over the "Rules and Clauses" tab on the home page and click Employment Arbitration Rules.

7. Within the separate page on the website, the user must click another link to be taken to another separate page on the website displaying the language purportedly incorporated into the provision.

DATED this 3rd day of June, 2025 in Bellevue, Washington.

By: _____*s/ Jared C. Troy*_____
Jared C. Troy, WSBA No. 62884

DECLARATION OF JARED C. TROY - 2