Honorable John H. Chun

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINTON (SEA)

| | |
|---|---|
| DOUGLAS ALTSHULER, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGY CORPORATION, a Texas Corporation,<br><br>         Defendant. | **Case No. 2:25-cv-00831-JHC**<br><br>**DECLARATION OF DOUGLAS ALTSHULER** |

I, DOUGLAS ALTSHULER, declare under penalty of perjury of the laws of the State of Washington that the following statements are true, correct, and based on personal knowledge:

1. I am fifty-eight years old.

2. I do not regularly review legal documents.

3. I am not a lawyer and do not understand what delegation of arbitrability means.

4. I recall signing many documents at the same time prior to the start of my employment with Defendant.

5. I was not offered an opportunity to negotiate any terms of these documents. I recall being told that my signature was required for me to become employed.

6. I do not recall signing an arbitration provision.

DECLARATION OF DOUGLAS ALTSHULER - 1

Skidmore | Fomina, PLLC
1800 112th Ave NE, Suite 150
Bellevue, WA 98004
Telephone: (425) 519-3656

7. I did not know or understand that I waived my right to a jury trial at any point during my employment.

8. I did not know or understand that I was delegating anything to an arbitrator at any point during my employment.

DATED this 3rd day of June, 2025 in Bellevue, Washington.

By: *s/ Douglas Altshuler*
Douglas Altshuler

DECLARATION OF DOUGLAS ALTSHULER - 2

**Skidmore | Fomina, PLLC**
1800 112th Ave NE, Suite 150
Bellevue, WA 98004
Telephone: (425) 519-3656