UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS ALTSHULER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGY CORPORATION, a Texas Corporation,<br><br>Defendant. | Case No. 2:25-cv-00831-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>October 8, 2026 |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1) All claims in the above captioned case shall be DISMISSED WITH PREJUDICE; and,

2) Each party shall bear its own costs and fees.

///

///

///

SO STIPULATED this 8th day of October, 2026.

**SKIDMORE | FOMINA, PLLC**

By: *s/ Jared C. Troy (w/permission)*
Jared C. Troy, WSBA #62884
Gregory M. Skidmore, WSBA #58622
14205 SE 36th Street, Suite 100
Bellevue WA 98006
phone: (206) 495-8585
Email: jtroy@skidmorefomina.com
gskidmore@skidmorefomina.com

*Attorneys for Plaintiff Douglas Altshuler*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com

Susan Stradley (*pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Phone: (713) 890-5000
Email: susan.stradley@morganlewis.com

*Attorneys for Defendant Space Exploration Technologies Corp.*

**ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above referenced case, including all claims, is hereby dismissed with prejudice, without an award of costs or fees to any party.

DATED: October 9, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE